IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JEREMY SAVOY * | |
| PLAINTIFF * | |
| * | CIVIL ACTION NO. _____ |
| VS. * | |
| * | |
| EQUIFAX INFORMATION SERVICES LLC, * | COMPLAINT AND |
| AND EXPERIAN INFORMATION * | DEMAND FOR A JURY TRIAL |
| SOLUTIONS, INC. * | |
| DEFENDANTS * | |

# COMPLAINT

Plaintiff, Jeremy Savoy, on his own behalf, complains as follows against defendants Equifax Information Services LLC and Experian Information Solutions, Inc.

1.

Plaintiff Jeremy Savoy ("plaintiff") is a consumer as defined by the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681a(c) who resides in Raleigh, North Carolina.

2.

Defendant Equifax Information Services L.L.C.. ("Equifax") is a consumer reporting agency as defined by the FCRA, 15 U.S.C. § 1681a(f). Equifax is a foreign corporation authorized to do and doing business in the state of Louisiana, whose registered agent for service of process in Louisiana is Corporation Service Company, 320 Somerulos Street, Baton Rouge, Louisiana 70802-6129.

3.

Defendant Experian Information Solutions, Inc. ("Experian") is a consumer reporting agency as defined by the FCRA, 15 U.S.C. § 1681a(f). Experian is a foreign corporation authorized to do and doing business in the state of Louisiana, whose registered agent for service of process in

Louisiana is CT Corporation System, 8550 United Plaza Blvd., Baton Rouge, Louisiana 70809.

4.

Defendants Equifax and Experian have each prepared and issued consumer credit reports concerning plaintiff. Plaintiff has notified defendants that he disputes the accuracy or completeness of the information contained in the report on plaintiff.

5.

Plaintiff resided in East Baton Rouge Parish and lived in an apartment at Jefferson Lakes Apartments located in Baton Rouge.

6.

Plaintiff was not contractually liable for the apartment rent.

7.

After Mr. Savoy moved out of this apartment, a balance was still allegedly owed to Jefferson Lakes Apartments.

8

Alco Collections, Inc. ("Alco"), a collection agency located in East Baton Rouge Parish attempted to collect this alleged debt from Mr. Savoy by reporting to Equifax and Experian that plaintiff was liable for this alleged debt.

9

In the two years prior to filing this Complaint, Mr. Savoy disputed to defendants Equifax and Experian that he was liable for this alleged debt.

10.

For each of plaintiff's disputes, Equifax and Experian, claim they each notified Alco of

plaintiff's disputes pursuant to section 1681i(a) of the FCRA.

11.

In response to plaintiff's disputes received from Equifax and Experian, Equifax and Experian claim Alco verified the reporting of these accounts wrongfully on at several occasions to Equifax and Experian.

12.

In a federal court lawsuit filed against Alco, Alco denies it was never notified of any disputes of these account(s) by Equifax and Experian.

13.

Defendant Equifax also allowed Alco to report this account as two separate accounts with different delinquency dates but the same amount.

14.

Defendants Equifax and Experian negligently and willfully failed to comply with the requirements of FCRA, including but not limited to:

a) failing to follow reasonable procedures to assure maximum possible accuracy of the information in consumer reports concerning plaintiff, as required by 15 U.S.C. § 1681e(b); and

b) failing to comply with the reinvestigations requirements in 15 U.S.C. § 1681i(a).

15.

As a result of defendants Equifax's and Experian's failures to comply with the requirements of the FCRA plaintiff has suffered actual damages, damage to his reputation, emotional distress, and denials of credit, for which he seeks damages in an amount to be determined by the jury. Plaintiff

also seeks punitive damages in an amount to be determined by the jury.

16.

Plaintiff requests his attorney fees pursuant to 15 U.S.C. § 1681n(a) and §1681o(a).

17.

Plaintiff demands a jury trial on all claims.

WHEREFORE, plaintiff prays for judgment against defendants as follows:

1. Actual damages against defendants Equifax Information Services LLC and Experian Information Solutions, Inc. in amounts to be determined by the jury;

2. Punitive damages from each defendant in amounts to be determined by the jury;

3. Attorney fees; and

4. Costs and expenses incurred in the action.

    s/Garth J. Ridge
**GARTH J. RIDGE**
Attorney for Plaintiff
Bar Roll Number: 20589
251 Florida Street, Suite 301
Baton Rouge, Louisiana 70801
Telephone Number: (225) 343-0700
Facsimile Number: (225) 343-7700
E-mail: GarthRidge@aol.com