## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JEREMY SAVOY | * | |
| PLAINTIFF | * | |
| | * | CIVIL ACTION NO. 07-962-JJB-SCR |
| VS. | * | |
| | * | |
| EQUIFAX INFORMATION SERVICES LLC, | * | |
| AND EXPERIAN INFORMATION | * | |
| SOLUTIONS, INC. | * | |
| DEFENDANTS | * | |

### ORDER

THE FOREGOING MOTION CONSIDERED, it is hereby ordered that plaintiff's claims

against defendant Equifax Information Services LLC, are dismissed with prejudice.

Baton Rouge, Louisiana this *1ST* day of *December* 2008.

_____

JUDGE, UNITED STATES DISTRICT COURT